# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | : Case No. 23-CR-272 |
| | : |
| **ROBERT HANNA and** | : |
| **STEVEN HANNA,** | : |
| | : |
| **Defendants.** | : |

## MOTION TO CONVERT VIRTUAL STATUS CONFERENCE TO VIRTUAL CHANGE OF PLEA HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to convert the virtual status conference in the above-captioned matter scheduled for January 23, 2024 at 2:00 p.m. to a virtual change of plea hearing for both defendants. Counsel for Robert Hanna and counsel for Steven Hanna join this motion and request that the plea hearing be held virtually.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Courtney A. Howard*
COURTNEY A. HOWARD
Trial Attorney, Criminal Division
Detailed to the U.S. Attorney's Office
601 D Street NW
Washington, D.C. 20001
NY Bar No. 4513909
202-514-3130
Courtney.Howard2@usdoj.gov

1